CITIBANK, N.A. v. DONNA ROMAN.

March 8, 1989.

Petition for certification denied.

RICHARD FINER, ET AL. v. DANIEL TALBOT, ET AL.

March 8, 1989.

Petition for certification denied.   (See 230 *N.J.Super.* 19).

JOSEPHINE BELL v. KEVIN DALTON OF NEW WINDSOR
REALTY CORPORATION.

March 8, 1989.

Petition for certification denied.

VINCENT LEPORE v. TOWNSHIP OF MIDDLETOWN.

March 8, 1989.

Petition for certification denied.